*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY HASHMALL and ELEANOR HASHMALL,   Docket No. 08 CIV. 1283
                                     (Judge Robinson)
                Plaintiffs,

     -against-                       NOTICE OF VOLUNTARY
                                     DISMISSAL PURSUANT TO
                                     RULE 41, F.R.C.P.
WEBSTER BANK, N.A.,

                Defendant.
------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action hereby is dismissed and discontinued without prejudice.

Dated: White Plains, New York
       February 14, 2008          BANK, SHEER, SEYMOUR & HASHMALL

                                  By: /s/ Jay B. Hashmall
                                  Jay B. Hashmall (JH-5990)
                                  *Attorneys for Plaintiffs*
                                  399 Knollwood Road, Suite 220
                                  White Plains, New York 10603
                                  (914) 761-9111

*Case Closed*

TO:  JEFFREY A. CARLINO, ESQ.
     665 Main Street, Suite 400
     Buffalo, New York 14203

So ORDERED

[signature]

U.S.D.J.

DATED 2/29/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: